# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| ALI A. MORSI, | : | |
| Plaintiff | : | |
| VS. | : | |
| Attorney General ERIC HOLDER, *et al.*, | : | NO. 7:11-cv-56 (HL) |
| Defendants | : | **O R D E R** |

Petitioner **ALI A. MORSI**, an alien detainee at the Irwin County Detention Center, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his "unlawful detention." A review of Court records reveals that on May 26, 2011, Magistrate Judge Gerrilyn G. Brill of the United States District Court for the Northern District of Georgia transferred to this Court a nearly identical habeas action. *See Morsi v. Holder*, 7:11-CV-67 (HL) ("*Morsi I*"). Magistrate Judge Thomas Q. Langstaff of this Court ordered service in *Morsi I* on May 27, 2011.

Because the instant petition is duplicative of *Morsi I*, it is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to refund the $5.00 filing fee paid by Petitioner received in connection with this action.

**SO ORDERED**, this 3rd day of June, 2011.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr